IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL A. BONNER,

    Plaintiff,

v.                                       Case No.  3:11cv5/MCR/CJK

MIKE HALL,

    Defendant.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 1, 2012 (doc. 15), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of October, 2012.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**